```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    ZORAN J. SEGINA
 4  Assistant United States Attorney
    California Bar Number:   129676
 5  zoran.segina@usdoj.gov
          Room 7516 Federal Building
 6        300 North Los Angeles Street
          Los Angeles, California 90012
 7        Telephone: (213) 894-6606
          Facsimile: (213) 894-5900
 8
    Attorneys for Plaintiff
 9  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | Case No. CV 95-5673-AHS (MANx) |
| Plaintiff,       ) | |
| v.       ) | **ORDER** |
| JAMES D. HOEHN,       ) | |
| Defendant.       ) | |

Upon reading the Application by the United States and a Declaration of Zoran J. Segina, and it appearing that this is a proper case for the appearance of said James D. Hoehn, Judgment debtor hereon ("Judgment Debtor");

IT IS ORDERED THAT the Judgment Debtor shall appear personally before United States Magistrate Judge **Margaret A. Nagle**, in Courtroom **580**, United States Courthouse, Roybal Building, **255 E. Temple St.**, Los Angeles, California 90012, on **January 8, 2009**, at **10:00 a.m.**, to furnish information to aid in

1 | enforcement of a money judgment.

2 |     The Judgment Debtor is also ordered to bring with him the
3 | documents or objects on the attached list.

4 |     DATED:   This 4th day of December, 2008.

```
                                   /S/
                          UNITED STATES MAGISTRATE JUDGE
```

NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO <u>ARREST</u> AND PUNISHMENT FOR CONTEMPT OF COURT, AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.  See CCP 708.110(e).

Presented by:

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division


By:     /s/
       ZORAN J. SEGINA
       Assistant United States Attorney

       Attorneys for Plaintiff
       United States of America

LIST OF DOCUMENTS REQUESTED

1. Bank statements for the past 24 months from all banks, or other financial institutions, where you, or your spouse, have an account of any kind.

2. Business records for the present year and past calendar year which reflect assets, liabilities, gross receipt and expenses for any sole proprietorship, partnership or corporation in which you, or your spouse, own any interest.

3. Bank statements for the past 24 months from all banks or other financial institutions, where any sole proprietorship, partnership, or corporation in which you, or your spouse, own any interest, has an account of any kind.

4. All trust agreements in which you, or your spouse, are named trustor, trustee or beneficiary.

5. All deeds leases, contracts, and other documents representing any ownership interest you, or your spouse, have in any real property, and all deeds of trust, mortgages, or other documents evidencing encumbrances of any kind on your real property.

6. All stocks, bonds, or other securities of any class you may own, by you separately or jointly with others, including options to purchase any securities.

7. Titles and registration certificates to all motor vehicles, aircraft and watercraft owned by you or your spouse.

8. All life insurance policies in which you are either the insured or the beneficiary.

9. All promissory notes held by you or your spouse, and all other documents evidencing any money owed to you or your spouse either now or in the future.

10. All deeds, bills of sale or other documents prepared or used in connection with any transfer of real property or personal property made by you, either by gift, sales, or otherwise, within the last five years.

11. Books of deposit, passbooks or other documents setting forth all deposits or receipts made by you or for your benefit in any savings and loan accounts, certificates of deposit or checking or other bank accounts for the past three years.

12. Books of deposit, cancelled checks, bank statements, check registers and other documents setting forth all disbursements made by you from any savings accounts, savings and loan accounts, certificates of deposit or checking accounts.

13. Copies of all financial statements and loan applications submitted by you within the last five years for the purpose of obtaining credit.

14. Payroll records and records of earnings showing all earnings of and sums received by you for the past three years. Said record is to include salary, bonuses, expense account, automobile reimbursement, and other things of value received by you. Said record should detail each pay period for gross earnings and all deductions from said gross earnings.

15. Documents concerning any income received or receivable by you from any source whatsoever other than current earnings, for

the past three years.

16. Records of all sums on deposit to your credit in a credit union and/or any company savings account or plan of any type or description.

17. All records and court papers concerning any lawsuits in which you are involved in any manner.

18. Your federal and state income tax returns, including W-2 Forms and supporting schedules, for the past three years.

19. All documents in the possession or under your control tending to establish your monthly expenses for the following: rent, food and household supplies, utilities, telephone, laundry and cleaning, clothing, medical, dental, insurance (life, health, accident, etc.), school, entertainment, incidentals, transportation, auto expenses, (insurance, gas, oil, repair, etc.) and installment payments, including cancelled checks showing payments of said charges, any and all bills, receipts, charge account statements and charge account receipts directly relating to said expenditures.

20. All financial statements for yourself, any member of your immediate family, or any business or partnership in which you have any ownership interest, filed or created from during the last five years.