UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 95-05673-AHS (MANx) | Date | February 19, 2009 |
|---|---|---|---|
| Title | USA v. James D. Hoehn | | |

| Present: The Honorable | MARGARET A. NAGLE, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| Mel Zavala | CS 2/19/09 | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Zoran Segina, AUSA | James D. Hoehn |

**Proceedings:** Judgment Debtor Examination

The case is called. Zoran Segina, Assistant United States Attorney, appears on the behalf of plaintiff. Defendant James D. Hoehn represents himself. The defendant, James D. Hoehn is sworn in, and the parties are instructed to proceed with the examination.

cc:  All parties of record

|  | : | 05 |
|---|---|---|
| Initials of Preparer | mz | |

CV-90 (12/02)                          **CIVIL MINUTES - GENERAL**                          Page 1 of 1